# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JAMES VONRUEDGISCH, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-CV-00407 |
| FORD MOTOR COMPANY, | § § § | |
| Defendant. | § | JURY DEMANDED |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff James VonRuedgisch and Defendant Ford Motor Company respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties are given 60 days to file said Stipulation. Accordingly, the parties respectfully request that the Court remove this matter from the trial docket.

Respectfully submitted,

KIMMEL & SILVERMAN, PC

By: */s/ Craig Thor Kimmel*
   Craig Thor Kimmel
   teamkimmel@creditlaw.com

30 E. Butler Ave.
Ambler, PA 19002
Telephone: (267) 468-7638

**ATTORNEYS FOR PLAINTIFF
JAMES VONRUEDGISCH**

1

                                      THOMPSON, COE, COUSINS & IRONS L.L.P.

                            By: _/s/ Israel Flores, Jr._
                                  Israel Flores, Jr.
                                  State Bar No. 24074209
                                  E-mail: iflores@thompsoncoe.com

700 N. Pearl St., 25th Floor
Dallas, TX 75201
Telephone: (214) 880-2579
Facsimile: (214) 871-8209

John W. Chambless II
State Bar No. 00796334
E-Mail: jchambless@thompsoncoe.com
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 703-5073
Facsimile: (512) 708-8777

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 21st day of August, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
teamkimmel@creditlaw.com
(267) 468-7638
(877) 788-2864

                                      _/s/ Israel Flores, Jr._
                                      Israel Flores, Jr.